NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
BAR NO. 002763
NARRAH F. NEWARK, ESQ.
BAR NO. 008201
201 Las Vegas Blvd, South, Ste. 350          E Filed on April 5, 2011
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
bk@nnbklaw.com
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of: ) | Chapter 13 |
| ) | BK-S-10-27632-MKN |
| **REYNALDO MENDEZ** ) | |
| **CONSUELO MENDEZ** ) | |
| ) | |
| Debtor(s). ) | Confirmation Hearing: |
| ) | Date: 04/07/2011 |
| ) | Time: 1:30 p.m. |

## CERTIFICATE OF SERVICE OF COPY OF CHAPTER 13 PLAN #2

I hereby certify that a copy of the Plan #2 was mailed or sent electronically by me on April 5, 2011, by depositing a copies thereof, first-class postage prepaid, in the United States Mail, to the creditors on the attached matrix.


/s/ MARJA BIGAS_____
Employee of NEWARK & NEWARK LAW FIRM

Label Matrix for local noticing
0978-2
*Case 10-27632-mkn*
District of Nevada
Las Vegas
Tue Apr  5 09:47:49 PDT 2011

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

.

Brian Lillard
703 Blue Barrel St.
Henderson, NV 89011-2616

Chase
Bank One Card Serv 800 Brooksedge Blv
Westerville, OH 43081-2822

(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

FHA/HUD
Clayton National
4 Corporate Drive
Shelton, CT 06484-6211

Gemb/Whitehall
Po Box 981439
El Paso, TX 79998-1439

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

NEVADA FEDERAL CREDIT UNION
PO BOX 15400
LAS VEGAS, NEVADA 89114-5400

Nevada Fcu
2645 S Majove Rd
Las Vegas, NV 89114

Nevada Federal Cred Un
2645 S Mojave Rd
Las Vegas, NV 89121-1299

Veterans Administration
Loan Guaranty Division
3225 N. Central Avenue
Phoenix, AZ 85012-2405

WELLS FARGO BANK NA
C/O WELLS FARGO HOME MORTGAGE
3476 STATEVIEW BLVD
MAC X7801-014
FORT MILL,SC 29715-7203

WELLS FARGO BANK, NA
C/O WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS
MAC#X2302-04C
DES MOINES, IA 50328-0001

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107-1557

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO
ATTN BANKRUPTCY DEPT
MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Brian Lillard
The Law Offices Of Patrick Driscoll
3333 E. Serene Ave.
Suite 150
Henderson, NV 89074-6500

CONSUELO MENDEZ
237 PEACEFUL ST
LAS VEGAS, NV 89110-5200

KATHLEEN A. LEAVITT
201 LAS VEGAS BLVD., SO. #200
LAS VEGAS, NV 89101-5727

NARRAH F NEWARK
NEWARK & NEWARK LAW FIRM
201 LAS VEGAS BLVD., S., #350
LAS VEGAS, NV 89101-5730

REYNALDO M MENDEZ
237 PEACEFUL ST
LAS VEGAS, NV 89110-5200

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase
Po Box 1093
Northridge, CA 91328

Internal Revenue Service
Stop 5028
110 City Parkway
Las Vegas, NV 89106

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20